TUCKER v. STATE. (6 Div. 102.) (Court of Appeals of Alabama. Dec. 19, 1922.) Appeal from Circuit Court, Walker County; T. L. Sowell, Judge.

BRICKEN, P. J. The defendant was convicted of manslaughter in the first degree.

There is no bill of exceptions; the appeal being upon the record proper. The record has been carefully examined; it is free from error, and the judgment of the lower court is affirmed.